UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:                                     )         BK No.:   17-04023
KOMAA S. MNYOFU,            )
                                              )
                                              )         Chapter: 13
                                              )         Honorable Deborah L. Thorne
                                              )
                                              )
        Debtor(s)                      )

**ORDER TO MODIFY THE CHAPTER 13 PLAN TO DECREASE THE
PLAN PAYMENT AND TO DEFER PLAN PAYMENT DEFAULT**

THIS MATTER coming to be heard on the motion of the Debtor, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises and due notices having been given to the parties entitled thereto:

It is hereby ORDERED:

1) The Debtor's Chapter 13 plan is modified in D.1 to reduce the plan payment to $850.00, effective with the next plan payment due.

2) The Debtor's Chapter 13 plan default is deferred to the end of the plan.

Enter:

Honorable Deborah L. Thorne
United States Bankruptcy Judge

Dated:  March 21, 2018

**Prepared by:**

Christine H. Clar, ARDC #6202332
Attorney for the Debtor
DAVID M. SIEGEL & ASSOCIATES, LLC
790 Chaddick Drive
Wheeling, IL  60090
847/520-8100
davidsiegelbk@gmail.com