UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>KOMAA S. MNYOFU,<br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | BK No.: 17-04023<br><br>Chapter: 13<br><br>Honorable Deborah L. Thorne |

**ORDER TO MODIFY CHAPTER 13 PLAN POST-CONFIRMATION**

THIS MATTER coming to be heard on the motion of the Debtor, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises and due notices having been given to the parties entitled thereto:

It is hereby ORDERED:

1) The Debtor's Chapter 13 plan is modified to amend the amount owed to the Cook County Clerk in Section E.1(a) to $0.00, with no set payment.

2) The Debtor's Chapter 13 plan is modified to amend the amount owed to the Cook Country Treasurer in Section E.1(b) to $17,466.95, at 18% interest, with a set payment of $550.00.

3) The trustee shall no longer pay the Cook County Treasurer's amended claim as unsecured.

4) The $2,333.67, paid to the Cook County Clerk has been forwarded to the Cook County Treasurer; therefore, no collection action as to the Cook County Clerk is necessary.

Enter:

Honorable Deborah L. Thorne
United States Bankruptcy Judge

Dated: 6/13/2018

**Prepared by:**
Michael R. Colter, II, ARDC #6304675
Attorney for the Debtor
DAVID M. SIEGEL & ASSOCIATES, LLC
790 Chaddick Drive
Wheeling, IL 60090
847/520-8100

Rev: 20170105_bko