UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: ) BK No.: 17-04023
)
KOMAA MNYOFU ) Chapter: 13
) Honorable Deborah L. Thorne
)
)
Debtor(s) )

## ORDER ALLOWING DEBTORS TO INCUR DEBT AND TO SHORTEN NOTICE

THIS MATTER coming to be heard on the motion of the Debtor, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises and due notices having been given to the parties entitled thereto:

It is ORDERED:

1) The Debtor is authorized to incur debt not to exceed $22,000.00, at no more than 19.99% interest, with monthly payments of up to $506.00 per month, for a 2018 Hyundai Elantra or similar vehicle.

2) The Debtor is granted leave for this motion to be heard on shortened notice.

Enter: *[signature: Deborah L. Thorne]*

Honorable Deborah L. Thorne
United States Bankruptcy Judge

Dated: August 01, 2018

**Prepared by:**

Jeffrey A. Soufal
ARDC# 6227155
David M. Siegel & Associates
790 Chaddick Drive
Wheeling, IL 60090