UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO

IN RE:

    Komaa S. Mnyofu,                    Bankruptcy Case No: 17-04023
         Debtor.                            Chapter 13
                                       Judge Deborah L. Thorne

NOTICE OF MOTION FOR RELIEF FROM AUTOMATIC STAY

TO:   **Komaa S. Mnyofu**             **David M Siegel**
       4341 Kildare Ct.               David M. Siegel & Associates
       Matteson, IL 60443           790 Chaddick Drive
              ***Represented By:***       Wheeling, IL 60090
                                    847 520-8100
       **Patrick S Layng**            davidsiegelbk@gmail.com
       Office of the U.S. Trustee, Region 11
       219 S Dearborn St., Room 873
       Chicago, IL 60604
       312-886-5785
       USTPRegion11.ES.ECF@usdoj.gov    **Honor Finance Company C/O Peritus**
                                     **Portfolio Svcs**
       **Marilyn O Marshall**          P.O. Box 141419
       224 South Michigan Ste 800     Irving, TX 75014
       Chicago, IL 60604            8555266176
       312-431-1300                WestlakeNotifications@PeritusServices.co
       courtdocs@chi13.com

      Consumer Portfolio Services, Inc., by and through its attorneys, TURICIANO LAW S.C.,

has filed papers with the Court to obtain Relief from the Automatic Stay.

      Your rights may be affected.  You should read these papers carefully and discuss them

with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you

may wish to consult one).

      Please take notice that on Wednesday, July 17, 2019, at 9:30 am.  I will appear before

the Honorable Judge Deborah L. Thorne at:

*Everett McKinley Dirksen United States Courthouse*
*Courtroom 613*
*219 South Dearborn Street*
*Chicago, IL 60604*

1

and present the attached Motion.  You may appear if you so choose.  If you do not wish the

Court to grant the relief from automatic stay as requested, or if you want the Court to consider

your views on the Motion, then your appearance is required.

Dated at Waukesha, Wisconsin, this 29th day of June, 2019.

/s/ David J. Turiciano
David J. Turiciano
Attorney for Movant
Consumer Portfolio Services, Inc.

TURICIANO LAW S.C.
626 W. Moreland Blvd.
Waukesha, WI 53188
DavidTuriciano@gmail.com
P 414 559 2406
F 855 559 2406

### Certificate of Service

I, David J. Turiciano, an attorney, state that on June 29, 2019, the above Notice of Motion and the appended Motion for Relief from Automatic Stay were filed and served on all parties to whom it is directed, either via the Court's Electronic Notice for Registrants or via First Class Mail, as identified above.

/s/ David J. Turiciano

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO

IN RE:

| | |
|---|---|
| Komaa S. Mnyofu, | Bankruptcy Case No: 17-04023 |
| Debtor. | Chapter 13 |
| | Judge Deborah L. Thorne |

## MOTION FOR RELIEF FROM AUTOMATIC STAY

Consumer Portfolio Services, Inc. (hereinafter "CPS"), by and through its attorneys,

TURICIANO LAW S.C., states as follows:

1.      CPS is engaged in the auto loan business.

2.      The Debtor filed a petition for relief under Chapter 13 of the Bankruptcy Code on

February 13, 2017.

3.      On August 6, 2018, the Debtor executed a certain Retail Installment Contract for

the purchase of a New 2018 Hyundai Elantra VIN 5NPD74LF4JH379576.  This Retail

Installment Contract was subsequently assigned to CPS, and a true and correct copy is attached

hereto as **Exhibit A**.  A true and correct copy of the State of Illinois Certificate of Title of a

Vehicle is attached hereto as **Exhibit B**.

4.      The Debtor has failed to comply with the terms of the Retail Installment Plan by

failing to surrender the vehicle to CPS and failing to remit payments to CPS commencing April

20, 2019, and is in arrears a total of $2,045.48 for payments due under the plan.  Evidence of

Debtor's outstanding debt is provided in the Primary Collection Data Spreadsheet attached hereto

as **Exhibit C**.

5.      The Debtor has failed to provide proof that the vehicle is insured.

6.      The vehicle is not necessary to a reorganization and, therefore, relief from the stay

is appropriate pursuant to § 362(d) of the Bankruptcy Code.

WHEREFORE, CPS prays for relief from the automatic stay in this matter, terminating the automatic stay as to CPS, granting relief from the stay of court actions against the Debtor, allowing CPS to take possession of and liquidate its interest in the automobile, and such other relief as is just and equitable.

Dated at Waukesha, Wisconsin, this 29th day of June, 2019.

/s/ David J. Turiciano
David J. Turiciano
Attorney for Movant
Consumer Portfolio Services, Inc.

TURICIANO LAW S.C.
626 W. Moreland Blvd.
Waukesha, WI 53188
DavidTuriciano@gmail.com
P 414 559 2406
F 855 559 2406