IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO

| IN THE MATTER OF | IN PROCEEDINGS UNDER CHAPTER 13 |
|---|---|
| Komaa S. Mnyofu, | NO. 17-04023 |
| DEBTOR. | JUDGE: Deborah L. Thorne |

### Agreed Order Conditioning the Stay and Resolving Motion for Relief from Stay

THIS CAUSE coming to be heard on the motion of Consumer Portfolio Services, Inc., by and through its attorneys, TURICIANO LAW S.C., the Court having jurisdiction and being advised in the premises and it being Agreed among and between the parties;

IT IS ORDERED:

1. That the Debtor shall cure the default of $1,540.36 through July 2019 (which includes attorneys' fees of $350.00 and court costs of $181.00, both of which were incurred in connection with the Motion for Relief from the Stay) by payment as follows:

| | |
|---|---|
| A. To be received on or before August 1, 2019: | $256.73 |
| B. To be received on or before September 1, 2019: | $256.73 |
| C. To be received on or before October 1, 2019: | $256.73 |
| D. To be received on or before November 1, 2019: | $256.73 |
| E. To be received on or before December 1, 2019: | $256.73 |
| F. To be received on or before January 1, 2020: | $256.73 |

2. In addition to the funds called for in Paragraph 1 the Debtor shall resume making regularly scheduled monthly post-petition vehicle payments of $505.12 commencing with the installment which shall come due on August 20, 2019.

3. If any funds provided for in Paragraph 1 are not received on or before the date on which they came due, or if any payments provided for in Paragraph 2 are not received during the month in which they came due, the Movant, through its counsel, may certify that breach by issuing a Notice of Default to the Debtor and to his attorney. Such a Notice of Default shall detail the nature and the amount of the breach and it shall grant the Debtor 10 days in which to bring himself into compliance with the terms of this order. Such a Notice of Default may include reimbursement of attorneys' fees, not to exceed $250.00, incurred by the Creditor in connection with the issuance of the Notice of Default. It may also list any sums which may come due during the 10-day cure period set forth in the Notice of Default. *The notice of default must be filed on the docket to be valid.* [handwritten: APP CHP]

4. To cure a Notice of Default, the Debtor shall tender all sums listed in that Notice of Default to the Creditor within the time period set forth in that Notice.

5. If Default is not cured, or if Debtor fails to maintain collision insurance coverage, with deductible less than $500 and CPS as loss payee, then CPS shall be granted relief

1

from the automatic stay as to Debtor in order for CPS to liquidate its interest in one (1) 2018 Hyundai Elantra VIN 5NPD74LF4JH379576 (the "Vehicle").

6. CPS is hereby granted leave to file a Proof of Claim in the above captioned matter for any deficiency remaining subsequent to liquidation of the Vehicle. This Order shall be effective immediately upon entry and the 14-day waiting period of Fed. R. Bankr. P. 4001(a)(3) shall not apply.

AGREED: /s/ _____   /s/ David J. Turiciano
David M. Siegel & Associates         David J. Turiciano
Attorney for Debtor                  Attorney for Creditor

24 JUL 2019    ###

Entered

_____
United States Bankruptcy Judge, Honorable Deborah L. Thorne

2