UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO

IN RE:

    Komaa S. Marks,　　　　　　　　　　Bankruptcy Case No: 17-04023
    Debtor.　　　　　　　　　　　　　　　Chapter 13
　　　　　　　　　　　　　　　　　　　　Judge Deborah L. Thorne

## NOTICE OF DEFAULT

Consumer Portfolio Services, Inc. (hereinafter "CPS"), by and through its attorneys, TURICIANO LAW S.C., states as follows:

Pursuant to the Agreed Order Conditioning the Automatic Stay and Resolving Motion for Relief from Automatic Stay entered on July 24 , 2019, the Debtor has failed to make payments under ¶1 and ¶2 in an amount totaling $1,532.04 plus $250 for this Notice of Default.

Pursuant to ¶3 of same Order, the Debtor shall have 10 days to bring herself into compliance.

Dated at Waukesha, Wisconsin this 11th day of November, 2019.

                                      /s/ David J. Turiciano
                                      David J. Turiciano
                                      Attorney for Movant
                                      Consumer Portfolio Services, Inc.

TURICIANO LAW S.C.
626 W. Moreland Blvd.
Waukesha, WI 53188
DavidTuriciano@gmail.com
P 414 559 2406
F 855 559 2406

UNITED STATES BANKRUPTCY COURT
                     NORTHERN DISTRICT OF ILLINOIS
                              CHICAGO

IN RE:
    Komaa S. Marks,                    Bankruptcy Case No: 17-04023
        Debtor.                         Chapter 13
                                    Judge Deborah L. Thorne

## CERTIFICATE OF SERVICE

I, David J. Turiciano, an attorney, state that on November 11, 2019, the above Notice of Default was filed and served on all parties to whom it is directed, either via the Court's Electronic Notice for Registrants or via First Class Mail:

TO:    **Komaa S. Mnyofu**                  **David M Siegel**
          4341 Kildare Ct.                    davidsiegelbk@gmail.com
          Matteson, IL 60443
                          *Represented by*

**Patrick S Layng**
USTPRegion11.ES.ECF@usdoj.gov

**Marilyn O Marshall**
courtdocs@chi13.com

**Honor Finance Company**
**C/O Peritus Portfolio Svcs**
WestlakeNotifications@PeritusServices.co

                                                          /s/ David J. Turiciano