UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO

IN RE:

    Komaa S. Mnyofu,                        Bankruptcy Case No: 17-04023
        Debtor.                                  Chapter 13
                                                   Judge Deborah L. Thorne

## AMMENDED NOTICE OF DEFAULT

Consumer Portfolio Services, Inc. (hereinafter "CPS"), by and through its attorneys, TURICIANO LAW S.C., states as follows:

Pursuant to the Agreed Order Conditioning the Automatic Stay and Resolving Motion for Relief from Automatic Stay entered on July 24, 2019, the Debtor has failed to make payments under ¶1 and ¶2 in an amount totaling $1,532.04 plus $250 for this Notice of Default.

Pursuant to ¶3 of same Order, the Debtor shall have 10 days to bring herself into compliance.

Dated at Waukesha, Wisconsin this 12th day of November, 2019.

                                                          /s/ David J. Turiciano
                                                          David J. Turiciano
                                                          Attorney for Movant
                                                          Consumer Portfolio Services, Inc.

TURICIANO LAW S.C.
626 W. Moreland Blvd.
Waukesha, WI 53188
DavidTuriciano@gmail.com
P 414 559 2406
F 855 559 2406

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO

IN RE:

    Komaa S. Mnyofu,                          Bankruptcy Case No: 17-04023
            Debtor.                                   Chapter 13
                                                            Judge Deborah L. Thorne

**CERTIFICATE OF SERVICE**

I, David J. Turiciano, an attorney, state that on November 12, 2019, the above Notice of Default was filed and served on all parties to whom it is directed, either via the Court's Electronic Notice for Registrants or via First Class Mail:

TO:    **Komaa S. Mnyofu**                        **David M Siegel**
          4341 Kildare Ct.                           davidsiegelbk@gmail.com
          Matteson, IL 60443
                              *Represented by*

          **Patrick S Layng**
          USTPRegion11.ES.ECF@usdoj.gov

          **Marilyn O Marshall**
          courtdocs@chi13.com

          **Honor Finance Company**
          **C/O Peritus Portfolio Svcs**
          WestlakeNotifications@PeritusServices.co

                                                                             /s/ David J. Turiciano