# United States Bankruptcy Court
### Northern District of Illinois, Eastern Division

| | | |
|---|---|---|
| IN RE:  Komaa S Mnyofu | ) | Chapter 13 |
| | ) | Case No. 17 B 04023 |
| Debtor(s) | ) | Judge Deborah L. Thorne |

## Notice of Motion

Komaa S Mnyofu
4341 Kildare Ct
Matteson, IL  60443

Debtor Attorney: David M Siegel
via Clerk's ECF noticing procedures

On December 11, 2019 at 9:00 am, I will appear at the location listed to the right, and present this motion.

> Dirksen Federal Building
> 219 South Dearborn
> Courtroom 613
> Chicago, IL 60604

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail or by the methods indicated on or before Tuesday, December 3, 2019.

/s/ MARILYN O. MARSHALL

MARILYN O. MARSHALL, TRUSTEE

---

## Motion to Dismiss Case for Failure to Make Plan Payments

Comes now Marilyn O. Marshall, Standing Trustee, and requests that this case be dismissed, pursuant to 11 U.S.C. §1307 [c] [6], stating:

On February 13, 2017, the debtor filed a petition under Chapter 13 of the Bankruptcy Code which was confirmed by the Court on June 28, 2017, for a term of 36 months with payments of $850.00.

| The status of the debtor's plan is: | Current Month | Cash Due | Cash Received | Payment Default |
|---|---|---|---|---|
| | 34 | $28,000.00 | $25,025.00 | $2,975.00 |

A summary of the 12 most recent receipt items is set forth below:

Report Date: 12/02/2019
Due Each Month: $850.00
Next Pymt Due: 12/15/2019

| Date | Ref Num | Amount | Date | Ref Num | Amount |
|---|---|---|---|---|---|
| 04/01/2019 | 1101058547 | $425.00 | 04/08/2019 | 1101059633 | $425.00 |
| 04/25/2019 | 1101346790 | $425.00 | 05/02/2019 | 1101349520 | $425.00 |
| 05/20/2019 | 1101353361 | $425.00 | 05/28/2019 | 100912779 | $425.00 |
| 07/15/2019 | 100922501 | $850.00 | 08/05/2019 | 1101598799 | $425.00 |
| 08/19/2019 | 1101599797 | $425.00 | 09/06/2019 | 1101603061 | $425.00 |
| 09/19/2019 | 1101925656 | $425.00 | 10/03/2019 | 1101926434 | $425.00 |

WHEREFORE, the Trustee prays that this case be dismissed, and for any and all other relief this court deems just and proper.

Office of the Chapter 13 Trustee
224 S Michigan Ave
Ste 800
Chicago, IL  60604
(312)431-1300

/s/ MARILYN O. MARSHALL

MARILYN O. MARSHALL, TRUSTEE