### UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | 17-04023 |
| Komaa Mnyofu, | ) | Chapter 13 |
| | ) | |
| | ) | JUDGE THORNE |
| Debtor (s). | ) | |

**FILED**
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
FEB 19 2020
JEFFREY P. ALLSTEADT, CLERK
INTAKE 3

### NOTICE OF MOTION

TO:

OFFICE OF THE CHAPTER 13 TRUSTEE
MARILYN O. MARSHALL
224 South Michigan Avenue, Suite 800
Chicago, Illinois 60604-2500

Attorney, Law Offices
David M. Siegel
790 Chaddick Drive
Wheeling, IL 60090

Please take notice that I shall appear before the following named Bankruptcy Judge, or any Judge presiding in her stead at 219 South Dearborn Street, Chicago, Illinois and in the following courtroom (or any other place posted), and present the attached **Motion to Vacate Dismissal of Chapter 13 Plan,** at which time and place you may appear.

| | |
|---|---|
| JUDGE: | THORNE |
| ROOM: | 613 |
| DATE: | MARCH 4, 2020 |
| TIME: | 9:30 AM |

### PROOF OF SERVICE

A copy of this Notice of Motion and attachments, if any, were deposited at the United States Post Office, Chicago, Illinois, with sufficient postage pre-paid, by Komaa Mnyofu, under oath and under all penalties of perjury.

Date of Service: <u>February 19. 2020</u>

_____
Komaa Mnyofu (Debtor)

Komaa Mnyofu
4341 Kildare Ct
Matteson, Illinois 60443
(708) 253-8755

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

In re: ) 17-04023
Komaa Mnyofu, ) Chapter 13
)
) JUDGE THORNE
Debtor (s). )

FILED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
FEB 19 2020
JEFFREY P. ALLSTEADT, CLERK
INTAKE 3

### MOTION TO VACATE DISMISSAL

NOW COMES the debtor, pro se, Komaa Mnyofu, to present his motion to vacate the dismissal of his chapter 13 bankruptcy, and in support thereof states as follows:

1. Jurisdiction is proper and venue is fixed in this Court with respect to the parties;

2. The Debtor files a Chapter 13 petition on February 13, 2017; the case was confirmed on June 28, 2017; Marilyn O. Marshall was appointed trustee in this case.

3. On February 5, 2019, the Court entered an order the dismissal of my Chapter 13 on motion of the trustee;

4. Due to a reduction of my work hours from 40 per week to 25 per week beginning in October 2019, my plan payments fell in arrears, a fact communicated to my counsel of record who did not feel this fact should be communicated to the court';

5. Attempts to borrow the money through conventional means (First Midwest Bank etc) were unsuccessful leaving me to borrow from family and/or friends;

6. At present I have secured a loan from a personal friend who will have the secured funds available for me on or before February 28, 2020, ($5,525.00) to cure the default;

7. I am requesting that the Court set this motion for hearing on March 4, 2020, at which time the default will be cured with funds in hand, or prior to that hearing date with show of proof;

8. Accordingly, I request the court to grant my motion to vacate the dismissal of my chapter 13 plan, entered on February 5, 2020, and set March 4, 2020 for hearing on presentment of the cure amount or proof that the payment was made prior to the hearing date;

WHEREFORE, I, Komaa Mnyofu. Debtor, respectfully ask this honorable court to enter an Order granting my motion to vacate the dismissal of my chapter 13 plan entered February 5, 2020, pending hearing on March 4, 2020 for presentment of the total cure amount or proof of same payment made prior to the March 4, 2020 hearing date.

Respectfully submitted,

_____
Komaa Mnyofu, debtor

Komaa Mnyofu
4341 Kildare Ct
Matteson, Illinois 60443