United States Bankruptcy Court
Northern District of Illinois Eastern Division
In re:
Karina Murphy,           )    17-04023
                         )    Chapter 13
        Debtor(s)        )
                         )    JUDGE Thorne
                         )

## ORDER TO VACATE
### Dismissal

THIS Hearing coming to be heard on Motion of the Debtor to Vacate Dismissal, all parties being duly noticed, the court being fully advised of the Premises, IT IS HEREBY ORDERED:

1) The Motion is GRANTED/DENIED
   ENTERED:

2)