UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

In Re: )  BK No.: 17-04023
Komaa S. Mnyofu )
)  Chapter: 13
)
)  Honorable Deborah L. Thorne
)
)
Debtor(s) )

**Order to Vacate Dismissal of Debtor's Chapter 13 Case**

This hearing coming to be heard on the motion of the debtor to vacate dismissal , all parties being duly noticed, the court being fully advised of the premises,

IT IS HEREBY ORDERED:

The dismissal order entered on February 2, 2020 is vacated. The trustee's motion to dismiss is reinstated and is continued to April 1, 2020 at 10:00 a.m.

Enter:

Honorable Deborah L. Thorne
United States Bankruptcy Judge

Dated: March 04, 2020