UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | 17-04023 |
| | ) | |
| KOMAA MNYOFU, | ) | Chapter 13 |
| | ) | |
| Debtor. | ) | Hon. Judge: THORNE |

## NOTICE OF MOTION

*To the following persons or entities who have been served via electronic mail:*
U.S. Bankruptcy Trustee: USTPRegion11.ES.ECF@usdoj.gov
Marilyn O. Marshall, Chapter 13 Trustee: courtdocs@chi13.com

*To the following persons or entities who have been served via U.S. Mail:* See attached list.

Please take notice that I shall appear before the following named Bankruptcy Judge, or any other Judge presiding in his or her stead at 219 S. Dearborn Street, Chicago, IL 60604, and in the following courtroom (or any other place posted), and present the attached **Motion to Modify Chapter 13 Plan,** at which time and place you may appear.

    JUDGE:    THORNE
    ROOM:     613
    DATE:     May 20, 2020
    TIME:     1:30 PM

A party who objects to this motion and wants it called must file a Notice of Objection no later than two (2) business days before the presentment date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion without a hearing before the date of presentment.

## PROOF OF SERVICE

The undersigned certifies that copies of this Notice and attachments were served to the listed persons or entities, if service by mail was indicated above, by depositing same in the U.S. Mail at Wheeling, Illinois 60090, on or before April 22, 2020, at 5:30 p.m., with proper postage prepaid, unless a copy was provided electronically by the Bankruptcy Court.

DATE OF SERVICE: April 22, 2020         /s/ Robert C. Bansfield Jr.
                                        Robert C. Bansfield Jr., A.R.D.C. #6329415

Attorney for the Debtor(s)
DAVID M. SIEGEL & ASSOCIATES
790 Chaddick Drive
Wheeling, IL 60090
(847) 520-8100

*To the following persons or entities who have been served via U.S. Mail*:

Komaa Mnyofu
4341 Kildare Ct.
Matteson, IL 60443

Cook County Treasurer's Office
Legal Department
118 North Clark Street, Room 112
Chicago, IL 60602-1332

American InfoSource LP as agent for
T Mobile/T-Mobile USA Inc.
PO Box 248848
Oklahoma City, OK 73124-8848

Honor Finance
1731 Central Street
Evanston, IL 60201

Cook County Clerk
118 N. Clark St., Room 112
Chicago, IL 60602-1332

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| In Re: | ) | 17-04023 |
|---|---|---|
| | ) | |
| **KOMAA MNYOFU,** | ) | Chapter 13 |
| | ) | |
| Debtor. | ) | Hon. Judge: THORNE |

## MOTION TO MODIFY CHAPTER 13 PLAN

NOW COMES the Debtor, **KOMAA MNYOFU**, by and through his attorneys, David M. Siegel & Assoc., LLC, to present this Motion, and in support thereof states as follows:

1) This Court has jurisdiction pursuant to 28 U.S.C. § 1334 and Internal Operating Procedure 15(a) of the United States District Court for the Northern District of Illinois Eastern Division.

2) Debtor filed a petition for relief under Chapter 13 of Title 11 USC on February 13, 2017. Marilyn O. Marshall was appointed Trustee.

3) The current plan required payments of $1,050.00 per month for 13 months and requires payments of $850.00 for the remainder of the plan with General Unsecured Creditors receiving 100% of their allowed claims.

4) Debtor is currently in default on his plan payments because his hours were cut at work and he was not able to afford his monthly plan payments.

5) Debtor is now working his regular hours. He is not able to cure his default but is able to make his current payment obligation.

6) Debtor seeks to modify his plan under 11 U.S.C. § 1329 and defer his current default until the end of his plan.

7) The plan will complete within the allotted time by law if the Debtor's motion is granted and unsecured creditors will still receive 100% of their allowed claims.

8) Debtor requests the above relief without any intent to defraud his creditors.

WHEREFORE, the Debtor, KOMAA MNYOFU, prays that this Honorable Court enter an Order to Modify the Chapter 13 Plan and for other such relief as the Court deems fair and proper.

Respectfully Submitted,

/s/ Robert C. Bansfield Jr.
Robert C. Bansfield Jr., A.R.D.C. #6329415
Attorney for the Debtor

David M. Siegel & Associates, LLC
790 Chaddick Drive
Wheeling, IL 60090
(847) 520-8100