**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

|  |  |  |
|---|---|---|
| **In re:** **Komaa S Mnyofu** | ) | **17 B 04023** |
|  | ) |  |
| Debtor(s), | ) | **Judge Deborah L. Thorne** |
|  | ) |  |

*Notice of Objection*

The Trustee objects to the Motion to Modify Plan.


Marilyn O. Marshall,
Standing Trustee


/s/ A. Stewart Chapman
By: A. Stewart Chapman


Office of the Chapter 13 Trustee
Marilyn O. Marshall
224 South Michigan
Suite 800
Chicago, IL 60604
(312) 431-6532