**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

**In re:**

|  |  |  |
|---|---|---|
| **Komaa Mnyofu** | ) | **Bankruptcy Case No.** |
|  | ) |  |
|  | ) | 17 B 04023 |
| **Debtors** | ) |  |
|  | ) | **Chapter 13** |

**ORDER DENYING APPLICATION TO SET HEARING ON EMERGENCY MOTION**
**(DOCKET ENTRY NO. 109)**

IT IS HEREBY ORDERED that the application to set hearing on emergency

motion is denied.

.

**Dated: June 24, 2021**

**Deborah L. Thorne**
**United States Bankruptcy Judge**