UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO

IN RE:

    Komaa S. Mnyofu,                       Bankruptcy Case No: 17-04023
    Debtor.                                  Chapter 13
                                                Judge Deborah L. Thorne

**NOTICE OF OBJECTION**

PLEASE TAKE NOTICE that Creditor, Consumer Portfolio Services, Inc., objects to Debtor's Motion to Amend Chapter 13 Plan filed on June 29, 2021, as Docket Entry #111.

Dated at Grafton, Wisconsin, this 30th day of June, 2021.

                                                      /s/ David J. Turiciano
                                                      David J. Turiciano
                                                      Attorney for Movant
                                                      Consumer Portfolio Services, Inc.

TURICIANO LAW S.C.
2230 Edgewater Drive
Grafton, WI 53024
DavidTuriciano@gmail.com
P 414 559 2406
F 855 559 2406

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO

IN RE:

    Komaa S. Mnyofu,                            Bankruptcy Case No: 17-04023
        Debtor.                                   Chapter 13
                                                     Judge Deborah L. Thorne

**CERTIFICATE OF SERVICE**

TO:   **Komaa S. Mnyofu**               **David M Siegel**
       4341 Kildare Ct.                  davidsiegelbk@gmail.com
       Matteson, IL 60443

             *Represented By:*       **Honor Finance Company**
                                             **C/O Peritus Portfolio Svcs**
       **Patrick S Layng**               WestlakeNotifications@PeritusServices.com
       USTPRegion11.ES.ECF@usdoj.gov

       **Marilyn O Marshall**
       courtdocs@chi13.com
       schapman@chi13.com

    I, David J. Turiciano, an attorney, state that on June 30, 2021, the above Notice of Objection was filed and served on all parties to whom it is directed, either via the Court's Electronic Notice for Registrants or via First Class Mail, as identified above.

                                                                 /s/ David J. Turiciano