UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: ) BK No.: 17-04023
)
KOMAA MNYOFU ) Chapter: 13
) Honorable Deborah L. Thorne
)
)
Debtor(s) )

### ORDER GRANTING LEAVE TO WITHDRAW AS ATTORNEY FOR DEBTOR

THIS MATTER coming to be heard on the Motion of the Debtor's Counsel for leave to withdraw as attorney of record, the Court having jurisdiction over the parties and the subject matter and the court having heard the objection of the Debtor and the statements of counsel; and understanding that there is conflict between Debtor and counsel;

It is hereby ORDERED:

1) Debtor's Counsel is granted leave to withdraw from this case.

2) No further payments will be made to Debtor's counsel from the chapter 13 trustee.

Enter: *(signed)* Deborah L. Thorne

Honorable Deborah L. Thorne
United States Bankruptcy Judge

Dated: July 21, 2021

**Prepared by:**

Robert C. Bansfield Jr., A.R.D.C. #6329415
David M. Siegel & Assoc., LLC
790 Chaddick Drive
Wheeling, IL 60090
(847) 520-8100
rbansfield@davidmsiegel.com